```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

```
JULIUS CROSSTY,              :    NO. 1:11-CV-00310
     Plaintiff,              :
                             :
          v.                 :    ORDER
                             :
LANNY HOLBROOK,              :
                             :
     Defendant.              :
```

This matter is before the Court on the Magistrate Judge's February 22, 2012, Report and Recommendation, in which she recommends that this case be dismissed without prejudice for lack of prosecution (doc. 19).

Proper Notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct. Accordingly, the Court hereby ADOPTS and AFFIRMS it in all respects (doc. 19), DISMISSES WITHOUT PREJUDICE Plaintiff's complaint, and CLOSES this matter.

SO ORDERED.

Dated: April 3, 2012        /s/ S. Arthur Spiegel
                            S. Arthur Spiegel
                            United States Senior District Judge