AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

JULIUS CROSSTY,

Plaintiff,

V.

LANNY HOLBROOK,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:11-cv-00310

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...theCourt hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation in all respects (doc. 19), DISMISSES WITHOUT PREJUDICE Plaintiff's complaint, and CLOSES this matter.

4/4/2012

Date

JAMES BONINI, CLERK

Clerk

s/Kevin Moser

(By) Deputy Clerk